**Isador D. CHAVEZ**

v.

**UNITED STATES of America.**

**No. 5556.**

United States Court of Appeals
Tenth Circuit.

March 9, 1957.

Isaac S. Willson, Denver, Colo., for appellant.

Donald E. Kelley, U. S. Atty., and Robert S. Wham, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and MURRAH, Circuit Judge.

PER CURIAM.
Affirmed without written opinion.

**Alonzo Henry JOHNSTON**

v.

**UNITED STATES of America.**

**No. 5543.**

United States Court of Appeals
Tenth Circuit.

March 8, 1957.

No appearance for appellant.

John F. Raper, Jr., U. S. Atty. and William G. Walton, Asst. U. S. Atty., Cheyenne, Wyo., for appellee.

Before MURRAH, PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Cause remanded to the district court March 8, 1957 on motion of appellee for hearing on factual matters contained in appellant's application for relief under 28 U.S.C. § 2255.

**Mariano ARCAYA, Plaintiff-Appellant,**

v.

**Delfin Enrique PAEZ, Defendant-Appellee.**

**No. 361, Docket 24492.**

United States Court of Appeals
Second Circuit.

Submitted June 4, 1957.

Decided June 17, 1957.

Mariano Arcaya, New York City, pro se.

Curtis, Mallet-Prevost, Colt & Mosle, New York City (Ernest A. Gross, New York City, of counsel), appearing specially for the purposes of this appeal, for defendant-appellee.

Before MEDINA, LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Judge Dimock, D.C., 145 F.Supp. 464.